UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Mr Derrick White Sr

_____

(Enter above the full name of
plaintiff in this action)

v.

SP Plus Corporation
d/b/a SP+ Municipal Services
Standard Parking Corporation

(Enter above the full name of
the defendant(s) in this action)

CIVIL CASE NO: 1:20-CV-21
(to be supplied by Clerk
of the District Court)

FILED
HARRISBURG, PA

JAN 0 6 2020

PER _____ MW _____
DEPUTY CLERK

## COMPLAINT

1. The plaintiff Derrick White Sr a citizen of the County of Dauphin State of Pennsylvania, residing at 3012 Market St rd PA 17109 wishes to file a complaint under unlawful termination on medical leave and disability discrimination, retaliation (give Title No. etc.)

2. The defendant is SP+ Municipal Services x 223 Walnut Street Suite Hbg PA 17101

3. STATEMENT OF CLAIM: (State below the facts of your case. If you have paper exhibits that give further information of your case, attach them to this completed form. Use as much space as you need. Attach extra sheet(s) if necessary) _____

3. (CONTINUED) They fired me base on retaliation from my medical leave I was suppose to return to work on 2/29/ After I told the supervisor the day, time she call on the phone and ask I told her than. After my surgery the doctor gave me time to heal and to participate in therapy. I return on the day the the doctor told me to, at the proper time. There are witnesses phone calls paper work need more info let me know!

4. WHEREFORE, plaintiff prays that your honor will really look into my case they fired me after I return from medical leave I had alot of hardship after that its been hard finding a job I would like to be pay for pain + suffering lost of wages of the time they fired me!

Derrick White Sr
(Signature of Plaintiff)

PINNACLEHEALTH Hospitals

Community General Osteopathic Hospital
4300 Londonderry Road
Harrisburg, PA 17109

DAVID LYONS D.O.
(Please Print Name)
OS017990
(License Number)

White, Derrick Sr.

ECD: 145228965 MR#: XXXX 26728
NAME Date: 02/09/2016 DOB: 08/10/1957
DR: Buerk, Adam M, DO 58Y GDR: M

NO:
ADDRE
DATE 2/9/16
IN ORDE
BRAND
BER MUST HANDWRITE
BELOW.

Rx

PLEASE EXCUSE MR WHITE FROM WORK DUE TO RECENT HAND SURGERY BY DR. BUERK ON 2/9. WILL BE UNABLE TO USE HAND UNTIL AFTER FOLLOW UP APPOINMENT IN 2 WEEKS

PP2477-10-08

SUBSTITUTION PERMISSIBLE Dr.

Refill 0 (ZERO) times D.E.A. Reg. No.

RUB RED IMAGE

FADES WITH HEAT

BLUE BACKGROUND-REFLECTIVE WATERMARK ON BACK-SECURITY FEATURES LISTED ON BACK

---

Robin Terry 736-0127
Supervisor

MUNICIPAL SERVICES
223 Walnut Street
Suite 1
Harrisburg, PA 17101

rterry@spplus.com
p: 717-234-2274
f: 717-234-3590
www.spplus.com

D. Hatcher
648-1862

---

Darnell Hatcher
General Manager

FACILITY MAINTENANCE
223 Walnut Street
Suite 1
Harrisburg, PA 17101

dahatcher@spplus.com
p: 717-234-2274
c: 717-648-1862 f: 717-234-3590
www.spplus.com

Terry Robin
736-0127

---

Places I complant too
312-274-2000
Chicago

800-609-0033

(717) 245-2715 EX 170118

1800-245-4714

Sue

